**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Meloney Sallie-Dosunmu          CHAPTER 13
           Debtor(s)

BKY. NO. 24-11126 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-7 and index same on the master mailing list.

                           Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
04 Aug 2025, 15:28:10, EDT

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322