| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11126-PMM

Meloney Sallie-Dosunmu  
2837 Arcadia Avenue  
Allentown  PA    18103

Petition Filed Date: 04/03/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $850.00 | 217441884 | 09/23/2024 | $850.00 | 217999430 | 10/16/2024 | $850.00 | 219033415 |
| 12/03/2024 | $850.00 | 220201529 | 12/11/2024 | $850.00 | 220562613 | 01/14/2025 | $850.00 | 221412822 |
| 02/06/2025 | $1,283.00 | 222082444 | 02/12/2025 | $850.00 | 222258329 | 03/11/2025 | $850.00 | 223023352 |
| 04/09/2025 | $850.00 | 223883644 | 05/13/2025 | $850.00 | 224697158 | 06/11/2025 | $850.00 | 225541606 |
| 07/14/2025 | $850.00 | 226365177 | | | | | | |

**Total Receipts for the Period: $11,483.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,033.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $8,212.54 | $0.00 | $8,212.54 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,913.89 | $1,447.76 | $466.13 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $405.88 | $0.00 | $405.88 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,838.00 | $2,838.00 | $0.00 |
| 4 | PPL ELECTRIC UTILITIES »» 002 | Unsecured Creditors | $11,976.68 | $0.00 | $11,976.68 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $10,305.78 | $7,795.77 | $2,510.01 |
| 6 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $21,309.02 | $0.00 | $21,309.02 |
| 7 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $466.53 | $0.00 | $466.53 |
| 8 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $674.22 | $0.00 | $674.22 |
| 9 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $674.12 | $0.00 | $674.12 |
| 10 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PHFA/HEMAP »» 008 | Ongoing Mortgage | $37,136.55 | $0.00 | $37,136.55 |
| 12 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MERRICK BANK<br>»» 013 | Unsecured Creditors | $479.60 | $0.00 | $479.60 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $607.23 | $0.00 | $607.23 |
| 18 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $785.78 | $0.00 | $785.78 |
| 19 | SCOLOPAX LLC<br>»» 016 | Unsecured Creditors | $2,366.43 | $0.00 | $2,366.43 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $485.88 | $0.00 | $485.88 |
| 21 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $438.54 | $0.00 | $438.54 |
| 22 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $434.77 | $0.00 | $434.77 |
| 23 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $91.04 | $0.00 | $91.04 |
| 24 | WESTLAKE<br>»» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CAPITAL ONE AUTO FINANCE<br>»» 22S | Secured Creditors | $596.06 | $0.00 | $596.06 |
| 26 | CAPITAL ONE AUTO FINANCE<br>»» 22U | Unsecured Creditors | $2,226.99 | $0.00 | $2,226.99 |
| 27 | SELECT PORTFOLIO SERVICING INC<br>»» 023 | Mortgage Arrears | $9,992.30 | $0.00 | $9,992.30 |
| 28 | BRICKHOUSE OPCO I LLC<br>»» 024 | Unsecured Creditors | $416.15 | $0.00 | $416.15 |
| 29 | APPLIED BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | ASHRO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | COMENITY BANK/TALBOTS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CRESCENT BANK AND TRUST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | FEB DESTINY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | FIRST NATIONAL BANK/FI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | NATIONAL CREDIT ADJUSTERS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | OPENSKY CBNK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | SPRINGOAKCAP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11126-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,033.00 | Current Monthly Payment: | $2,437.00 |
| Paid to Claims: | $12,081.53 | Arrearages: | $6,348.00 |
| Paid to Trustee: | $1,148.22 | Total Plan Base: | $127,609.00 |
| Funds on Hand: | $803.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.