UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE:<br><br>MELONEY SALLIE-DOSUNMU<br><br>Debtor | Chapter 13<br>Case No. 24-11126-PMM |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>MELONEY SALLIE-DOSUNMU<br>(Debtor)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

## **ORDER TERMINATING AUTOMATIC STAY**

AND NOW, this __30th__ day of __September__, 2025, upon consideration of the Motion for Relief from Automatic Stay filed by Capital One Auto Finance, a division of Capital One, N.A., the Stipulation Order and Certification of Default, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the **2021 Mitsubishi Outlander Sport VIN JA4APUAU2MU006979** to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(~~a)(3~~) (a)(4) is waived to allow Capital One Auto Finance, a division of Capital One, N.A. to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 30, 2025**

Judge Patricia M. Mayer
U.S. BANKRUPTCY COURT