# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Meloney Sallie-Dosunmu, | : | Case No.   24-11126 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of The Motion for Relief files by the Bank Of New York Mellon (doc. #63, "the Motion");

BUT the Debtor's case having been dismissed on October 9, 2025;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 10/9/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge