United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11126-pmm
Meloney Sallie-Dosunmu     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Oct 09, 2025     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meloney Sallie-Dosunmu, 2837 Arcadia Avenue, Allentown, PA 18103-6509 |
| 14874869 | + | Adewale Tyland Dosunmu, 2837 Arcadia Ave, Allentown, PA 18103-6509 |
| 14898147 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 15048238 | + | Capital One Auto Finance, a division of, Capital One, N.A, c/o ELIZA GARIFULLINA, Orlans Law Group, 200 Eagle Road, Suite 120 Wayne, PA 19087-3115 |
| 14870599 | + | City of Easton, 123 S Third St, Easton, PA 18042-4727 |
| 14870602 | + | Crescent Bank and Trust, PO Box 2460, Chesapeake, VA 23327-2460 |
| 14870608 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14877323 | + | Pennsylvania Housing Finance Agency, c/o KATIE HOUSMAN, Purcell, Krug, & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 15036115 | + | The Bank Of New York Mellon, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 10 2025 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2025 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:28 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: blegal@phfa.org | Oct 10 2025 00:12:00 | Pennsylvania Housing Finance Agency - HEMAP, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14870595 | + | Email/Text: bnc-applied@quantum3group.com | Oct 10 2025 00:12:00 | Applied Bank, 2200 Concord Pike Suite 102, Wilmington, DE 19803-2978 |
| 14870596 | + | Email/Text: bankruptcy@sccompanies.com | Oct 10 2025 00:12:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 14870598 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 00:23:26 | Capital One, PO BOX 85520, Richmond, VA 23285 |
| 14870597 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 10 2025 00:23:26 | Cap One Auto, PO BOX 259407, Plano, TX 75025-9407 |
| 14872135 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:23:40 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 24-11126-pmm    Doc 72    Filed 10/11/25    Entered 10/12/25 00:39:21    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 14871911 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:23:24 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14896312 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:23:29 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14870600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2025 00:12:00 | ComenityBank/Talbots, PO Box 182273, Columbus, OH 43218-2273 |
| 14870601 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2025 00:23:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14870603 | + | Email/Text: mrdiscen@discover.com | Oct 10 2025 00:12:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14870604 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 10 2025 00:12:00 | Feb Destiny, PO BOX 4499, Beaverton, OR 97076-4499 |
| 14870605 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2025 00:23:34 | First National Bank/FI, 1120 Nye St, San Rafael, CA 94901-6102 |
| 14870606 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 10 2025 00:23:28 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14870607 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 00:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14890202 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 10 2025 00:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14870610 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:25 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14870609 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:28 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14877619 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882648 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 10 2025 00:23:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14870611 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 10 2025 00:23:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14870612 | + | Email/Text: bankruptcy@ncaks.com | Oct 10 2025 00:12:00 | National Credit Adjusters, 327 W 4th, Hutchinson, KS 67501-4842 |
| 14870613 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 10 2025 00:23:27 | Opensky CBNK, PO Box 8130, Reston, VA 20195-2030 |
| 14874870 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14874871 | + | Email/Text: blegal@phfa.org | Oct 10 2025 00:12:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14870615 | ^ | MEBN | Oct 10 2025 00:10:33 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14870614 | ^ | MEBN | Oct 10 2025 00:10:35 | Patenaude & Felix APC, 2400 Ansys Dr - Ste 402-B, Canonsburg, PA 15317-0403 |
| 14871240 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14877187 | + | Email/Text: blegal@phfa.org | Oct 10 2025 00:12:00 | Pennsylvania Housing Finance Agency - HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14881645 | + | Email/Text: blegal@phfa.org | Oct 10 2025 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, |

Case 24-11126-pmm   Doc 72   Filed 10/11/25   Entered 10/12/25 00:39:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17105-5206 |
| 14894854 | | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2025 00:12:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14894834 | + | Email/Text: bncmail@w-legal.com | Oct 10 2025 00:12:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14870616 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 10 2025 00:12:00 | Select Portfolio Services, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14870617 | + | Email/Text: bankruptcy@springoakscapital.com | Oct 10 2025 00:12:00 | Springo AK Cap, PO BOX 1216, Chesapeake, VA 23327-1216 |
| 14874657 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14874868 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | The Bank of New York Mellon, c/o Robert Schearer, Esquire, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14896553 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 10 2025 00:12:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14895365 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 10 2025 00:12:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14870618 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 10 2025 00:12:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15036367 | *+ | The Bank Of New York Mellon, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15036523 | *+ | The Bank Of New York Mellon, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 52 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Meloney Sallie-Dosunmu ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency - HEMAP khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor The Bank Of New York Mellon As Trustee For CWABS Inc. Asset-Backed Certificates, Series 2007-7 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank Of New York Mellon As Trustee For CWABS Inc. Asset-Backed Certificates, Series 2007-7 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Meloney Sallie-Dosunmu

Debtor

Chapter 13

Bankruptcy No. 24-11126-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 9, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE