United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11126-pmm |
| Meloney Sallie-Dosunmu | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meloney Sallie-Dosunmu, 2837 Arcadia Avenue, Allentown, PA 18103-6509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

**Name**              **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Meloney Sallie-Dosunmu ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

ELIZA GARIFULLINA
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency - HEMAP khousman@pkh.com

MATTHEW K. FISSEL
    on behalf of Creditor The Bank Of New York Mellon As Trustee For CWABS  Inc. Asset-Backed Certificates, Series 2007-7 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT BRIAN SHEARER
    on behalf of Creditor The Bank Of New York Mellon As Trustee For CWABS Inc. Asset-Backed Certificates, Series 2007-7 rshearer@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Meloney Sallie-Dosunmu, | : | Case No.   24-11126 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of The Motion for Relief files by the Bank Of New York Mellon (doc. #63, "the Motion");

BUT the Debtor's case having been dismissed on October 9, 2025;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 10/9/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge